Filed 4/15/15  In re Gallegos CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re ASHLEY GALLEGOS, | E063002 |
| on Habeas Corpus. | (Super.Ct.Nos. RIC1501725 & CR58553) |
| | OPINION |

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.  Elaine M. Kiefer, Judge.  Petition granted in accordance with the Attorney General's concession and agreement.

Steven L. Harmon, Public Defender, Joshua Knight, Deputy Public Defender, for Petitioner.

Kamala D. Harris, Attorney General, Julie L. Garland, Assistant Attorney General, Eric A. Swenson and Jennifer B. Truong, Deputy Attorneys General, for Respondent.

This court has reviewed the petition and supporting documents, and has requested and received an informal response from the Attorney General.  In accordance with the

1

request of the petition and the acquiescence by the People, the petition for writ of habeas corpus is granted.

DISPOSITION

The matter is remanded to the Superior Court of Riverside County for resentencing pursuant to *People v. Gutierrez* (2014) 58 Cal.4th 1354 and *Miller v. Alabama* (2012) 567 U.S. ___ [132 S.Ct. 2455]. The superior court shall set a schedule for briefing and argument.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAMIREZ
P. J.

We concur:

HOLLENHORST
J.

MILLER
J.